# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anthony J. Costanzo | CHAPTER 13 |
|         Kimberly A. Katchen-Costanzo | |
| aka Kimberly A. Katchen | BKY. NO. 20-13982 AMC |
|         Debtor(s) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

                                          Respectfully submitted,

                                /s/ **Rebecca Solarz**
                                Rebecca Solarz
                                27 Jul 2021, 16:59:30, EDT

                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322