# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 20-13982-amc |
| | : | |
| Anthony J. Costanzo, | : | Chapter 13 |
| Kimberly A. Katchen-Costanzo, | : | |
| | : | |
| Debtors. | | Related to ECF No. 107-108 |

## Certificate of Service

I certify that on this date, a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, the proposed order, and all exhibits was served on the parties listed below by first class mail or through the CM/ECF system.

| | | |
|---|---|---|
| United States Trustee<br>USTPRegion03.PH.ECF@usdoj.gov | U.S. Bank, N.A.<br>bkgroup@kmllawgroup.com | City of Philadelphia Law Department<br>Bankruptcy Group<br>1401 John F. Kennedy Blvd. 5th Flr<br>Philadelphia, PA 19102 |
| Scott F. Waterman<br>ECFMail@ReadingCh13.com | | |

I further certify that on this date, notice of the Debtor's Motion to Modify Chapter 13 Plan was served on the parties listed below by first class mail.

| | | |
|---|---|---|
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Jefferson Capital Systems, LLC<br>PO Box 1999<br>Saint Cloud, MN 56302 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 | CACH, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-106 |

Dated: March 1, 2022                                    /s/ Michael I. Assad
                                                        Michael I. Assad (#330937)
                                                        Cibik Law, P.C.
                                                        1500 Walnut Street, Suite 900
                                                        Philadelphia, PA 19102
                                                        215-735-1060
                                                        mail@cibiklaw.com

2