*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Anthony J. Costanzo and
Kimberly A. Katchen−Costanzo
        Debtor(s)

Case No: 20−13982−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE; HEARING TIME ONLY\*\*\*
Motion to Modify Plan Filed by Anthony J. Costanzo, Kimberly A. Katchen−Costanzo Represented by MICHAEL I. ASSAD (Counsel).

on: 4/6/22

at: 10:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date: 3/7/22

Timothy B. McGrath
Clerk of Court