United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-13982-amc
Anthony J. Costanzo  Chapter 13
Kimberly A. Katchen-Costanzo
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 5
Date Rcvd: Mar 07, 2022      Form ID: 167      Total Noticed: 96

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony J. Costanzo, Kimberly A. Katchen-Costanzo, 532 S. Taney Street., Philadelphia, PA 19146-1045 |
| cr | | US Bank Trust National Association, Not In Its Ind, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14547559 | + | BB&B/CBSD, PO Box 20363, Attn: Centralized Bankruptcy, Kansas City, MO 64195-0363 |
| 14547553 | + | Bank Of America, 4909 Savarese Circle, FL1-908-01-50, Tampa, FL 33634-2413 |
| 14547554 | + | Bank Of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 14553004 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14547557 | + | Barneys Ny, Po Box 326, Lyndhurst, NJ 07071-0326 |
| 14547558 | + | Barry Rosen, Esq., 135 Raintree Crossing, Hatfield, PA 19440-3086 |
| 14547561 | + | Bryant State Bank, Attn: Bankruptcy, PO Box 215, Bryant, SD 57221-0215 |
| 14547565 | + | Carrie A. Gerding, Esq., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14547570 | + | Citibank, Citicorp/Centralized Bankruptcy, PO Box 790334, St Louis, MO 63179-0334 |
| 14547579 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14547580 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14547581 | + | Fay Servicing Llc, Attn: Bankruptcy Dept, PO Box 809441, Chicago, IL 60680-9441 |
| 14550438 | + | Fay Servicing, LLC, CO Joshua I. Goldman, Esq., Padgett Law Group, 6267 Old Water Oak Rd., Ste. 203, Tallahassee, FL 32312-3858 |
| 14547587 | + | Household Finance Co/OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14547591 | + | LVNV Funding LLC, 6801 S. Cimarron Road, Suite 424-J, Las Vegas, NV 89113-2273 |
| 14547594 | + | Michael Dougherty, Esq., 170 S, Independence Mall West, Suite 874 West, Philadelphia, PA 19106-3323 |
| 14547595 | + | Michael Ratchford, Esquire, 54 GLENMAURA NATIONAL BLVD, Suite 104, Moosic, PA 18507-2161 |
| 14548392 | + | Midland Funding,LLC assignee of Citibank, Law Offices of Hayt, Hayt & Landau, LLC, 123 South Broad Street- Suite 1660, Philadelphia, PA 19109-1003 |
| 14547599 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14547601 | + | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14547602 | + | Phelan, Halinan, Diamond & Jones, Suite 1400, 1617 JFK Boulevard, Philadelphia, PA 19103-1814 |
| 14547604 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14553225 | + | US Bank National Association, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14664536 | | US Bank Trust National Association,, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14625899 | + | US Bank Trust National Association, Not In Its Ind, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia PA 19106-1541 |
| 14547613 | + | Unifund Ccr Llc, Attn: Bankruptcy Department, 10625 Techwood Cir., Cincinnati, OH 45242-2846 |
| 14547614 | + | Wells Fargo Bank, MAC F823F-02F, PO Box 10438, Des Moines, IA 50306-0438 |
| 14547615 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A, Des Moines, IA 50328-0001 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14565082 | Email/Text: bnc@atlasacq.com | | |
| | | Mar 07 2022 23:26:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14559490 | Email/Text: bnc@atlasacq.com | | |
| | | Mar 07 2022 23:26:00 | Atlas Acquisitions LLC, Attn: Avi Schild, 492C |

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 07, 2022 | Form ID: 167 | Total Noticed: 96 |

| | | | | |
|---|---|---|---|---|
| 14549247 | | Email/PDF: bncnotices@becket-lee.com | Mar 07 2022 23:37:51 | Cedar Lane, Ste 442, Teaneck, NJ 07666<br>American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14547549 | + | Email/PDF: bncnotices@becket-lee.com | Mar 07 2022 23:37:51 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14547550 | + | Email/PDF: bncnotices@becket-lee.com | Mar 07 2022 23:37:59 | Amex/Bankruptcy, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14547552 | + | Email/Text: bnc-applied@quantum3group.com | Mar 07 2022 23:27:00 | Applied Bnk, 4700 Exchange Court, Boca Raton, FL 33431-4450 |
| 14547551 | + | Email/Text: bnc-applied@quantum3group.com | Mar 07 2022 23:27:00 | Applied Bnk, Attn: Bankruptcy, PO Box 17125, Wilmington, DE 19850-7125 |
| 14547555 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 07 2022 23:27:00 | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 14548663 | | Email/Text: BarclaysBankDelaware@tsico.com | Mar 07 2022 23:27:00 | Barclays Bank Delaware, 125 E. West St., Wilm., DE 19801 |
| 14547560 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 07 2022 23:37:51 | Brksb/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14565635 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2022 23:37:51 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14570091 | | Email/Text: megan.harper@phila.gov | Mar 07 2022 23:27:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14547572 | | Email/Text: megan.harper@phila.gov | Mar 07 2022 23:27:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14548666 | | Email/Text: megan.harper@phila.gov | Mar 07 2022 23:27:00 | City of Phila., Bky Unit, 1515 Arch St.,15th fl., Phila., PA 19102 |
| 14548665 | | Email/Text: megan.harper@phila.gov | Mar 07 2022 23:27:00 | City of Phila., Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd., Rm. 580, Phila., PA 19102 |
| 14547573 | | Email/Text: megan.harper@phila.gov | Mar 07 2022 23:27:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14584941 | | Email/Text: megan.harper@phila.gov | Mar 07 2022 23:27:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14547562 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2022 23:37:51 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14547563 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2022 23:37:51 | Capital One / Saks F, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14547564 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2022 23:37:55 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy Dept, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14547567 | + | Email/Text: ecf@ccpclaw.com | Mar 07 2022 23:26:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14547569 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 07 2022 23:37:56 | Citibank, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14547571 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 07 2022 23:37:51 | Citibank/Sunoco, Attn: Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14547574 | + | Email/Text: bankruptcy@philapark.org | Mar 07 2022 23:27:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14547575 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 07 2022 23:27:00 | Comenitycb/Barneys, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Mar 07, 2022 | Form ID: 167 | Total Noticed: 96 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14547576 | | Email/Text: mrdiscen@discover.com | Mar 07 2022 23:26:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 14547577 | | Email/Text: mrdiscen@discover.com | Mar 07 2022 23:26:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 14548668 | | Email/Text: mrdiscen@discover.com | Mar 07 2022 23:26:00 | Discover Financial, Attn: Bky Dept., PO Box 15316, Wilm., DE 19850 |
| 14547578 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 07 2022 23:38:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14557047 | | Email/Text: bnc-quantum@quantum3group.com | Mar 07 2022 23:27:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14553758 | | Email/Text: mrdiscen@discover.com | Mar 07 2022 23:26:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 14547582 | | Email/Text: BNSFN@capitalsvcs.com | Mar 07 2022 23:27:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117 |
| 14547584 | | Email/Text: BNBLAZE@capitalsvcs.com | Mar 07 2022 23:27:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117 |
| 14548670 | | Email/Text: BNBLAZE@capitalsvcs.com | Mar 07 2022 23:27:00 | First Savings Bank/Blaze, Attn: Bky, PO Box 5096, Sioux Falls, SD 57117 |
| 14547583 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 07 2022 23:37:59 | First PREMIER Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14547585 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 07 2022 23:27:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14547586 | + | Email/Text: paparalegals@pandf.us | Mar 07 2022 23:27:00 | Gregg Morris, Esquire, 213 E. Main Street, Carnegie, PA 15106-2701 |
| 14547588 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 07 2022 23:27:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14561504 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 07 2022 23:27:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14547566 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 07 2022 23:37:51 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14548664 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 07 2022 23:37:59 | Chase Card Srvs, Attn: Bankruptcy, PO Box 15298, Wilm., DE 19850 |
| 14547589 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 07 2022 23:27:00 | Jefferson Capital Systems, LLC, PO Box 1999, Saint Cloud, MN 56302 |
| 14547590 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 07 2022 23:26:00 | Kohls/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14549028 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2022 23:37:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14547592 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2022 23:37:51 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14552380 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 07 2022 23:37:56 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14547593 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 07 2022 23:37:59 | Merrick Bank/CardWorks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14549506 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 07 2022 23:27:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14547596 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 07 2022 23:27:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14550709 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

Case 20-13982-amc  Doc 111  Filed 03/09/22  Entered 03/10/22 00:29:29  Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 07, 2022 | Form ID: 167 | Total Noticed: 96 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 07 2022 23:27:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14547598 | + | Email/PDF: cbp@onemainfinancial.com | Mar 07 2022 23:37:59 | OneMain Financial, Attn: Bankruptcy, 601 NW 2nd St #300, Evansville, IN 47708-1013 |
| 14547605 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 07 2022 23:37:55 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14548671 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 07 2022 23:37:55 | Portfolio Recovery, Attn: Bky., 120 Corporate Blvd., Norfolk, VA 23502 |
| 14547606 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 07 2022 23:37:51 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd., Norfolk, VA 23502 |
| 14566876 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 07 2022 23:37:59 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14547597 | | Email/Text: signed.order@pfwattorneys.com | Mar 07 2022 23:26:00 | Midland Funding, LLC, 7 Entin Road, Parsippany, NJ 07054 |
| 14547600 | | Email/Text: bankruptcygroup@peco-energy.com | Mar 07 2022 23:27:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14547603 | + | Email/Text: bankruptcy@philapark.org | Mar 07 2022 23:27:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-2895 |
| 14548672 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 07 2022 23:37:55 | Portfolio Recovery Assocs LLC, 140 Corporate Rd., Norfolk, VA 23502-4952 |
| 14547607 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2022 23:37:51 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14547608 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 07 2022 23:37:51 | Syncb/ Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14547609 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 07 2022 23:37:51 | Synchrony Bank/CareCredit, Attn: Bankruptcy, PO Box 960061, Orlando, FL 32896-0061 |
| 14547612 | | Email/Text: DASPUBREC@transunion.com | Mar 07 2022 23:26:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14547610 | + | Email/PDF: tbiedi@PRAGroup.com | Mar 07 2022 23:37:59 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14547611 | + | Email/Text: bknotices@totalcardinc.com | Mar 07 2022 23:27:00 | Total Visa/Bank of Missouri, Attn: Bankruptcy, PO Box 85710, Sioux Falls, SD 57118-5710 |
| 14547556 | | Email/Text: BarclaysBankDelaware@tsico.com | Mar 07 2022 23:27:00 | barclays bank delaware, 125 e. west street, wilmingtone de 19801 |

TOTAL: 66

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14549248 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14547568 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14548667 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, 6500 New Albany Rd., New Albany, OH 43054 |
| 14548391 | *+ | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14548393 | ##+ | ROBERT BAROSKA, Law Offices of Hayt, Hayt & Landau, LLC, 123 South Broad Street - Suite 1660, Philadelphia, PA 19109-1003 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

Case 20-13982-amc    Doc 111    Filed 03/09/22    Entered 03/10/22 00:29:29    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0313-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Mar 07, 2022 | Form ID: 167 | Total Noticed: 96 |

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 09, 2022          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSHUA I. GOLDMAN | on behalf of Creditor FAY SERVICING  LLC Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor U.S. Bank National Association  not individually but solely as Trustee for BlueWater Investment Trust 2017-1 Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Kimberly A. Katchen-Costanzo mail@cibiklaw.com |
| MICHAEL A. CIBIK | on behalf of Debtor Anthony J. Costanzo mail@cibiklaw.com |
| MICHAEL I. ASSAD | on behalf of Joint Debtor Kimberly A. Katchen-Costanzo mail@cibiklaw.com |
| MICHAEL I. ASSAD | on behalf of Debtor Anthony J. Costanzo mail@cibiklaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Anthony J. Costanzo and
Kimberly A. Katchen−Costanzo
    Debtor(s)

Case No: 20−13982−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE; HEARING TIME ONLY\*\*\*
Motion to Modify Plan Filed by Anthony J. Costanzo, Kimberly A. Katchen−Costanzo Represented by MICHAEL I. ASSAD (Counsel).

on: 4/6/22

at: 10:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date:  3/7/22

Timothy B. McGrath
Clerk of Court

110 − 107
Form 167