**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 20-13982-amc |
| | : | |
| Anthony J. Costanzo, | : | Chapter 13 |
| Kimberly A. Katchen-Costanzo, | : | |
| | : | |
| Debtors. | : | Related to ECF No. 107 |

**Order Granting Debtor's Motion to Modify Chapter 13 Plan**

**AND NOW**, after consideration of the Debtor's Motion to Modify Chapter 13 Plan, and after notice and a hearing, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that the Modified Plan filed as ECF No. 107-1 is **APPROVED**.

**Date: April 6, 2022**

BY THE COURT:

_____
Ashely M. Chan
*U.S. Bankruptcy Judge*