United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13982-amc |
| Anthony J. Costanzo | Chapter 13 |
| Kimberly A. Katchen-Costanzo | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 06, 2022 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony J. Costanzo, Kimberly A. Katchen-Costanzo, 532 S. Taney Street., Philadelphia, PA 19146-1045 |
| cr | | US Bank Trust National Association, Not In Its Ind, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bnc@atlasacq.com | Apr 06 2022 23:50:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2022          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSHUA I. GOLDMAN | |
| | on behalf of Creditor U.S. Bank National Association  not individually but solely as Trustee for BlueWater Investment Trust 2017-1 Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| JOSHUA I. GOLDMAN | |
| | on behalf of Creditor FAY SERVICING  LLC Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| MICHAEL A. CIBIK | |

District/off: 0313-2 | User: admin | Page 2 of 2

Date Rcvd: Apr 06, 2022 | Form ID: pdf900 | Total Noticed: 3

    on behalf of Joint Debtor Kimberly A. Katchen-Costanzo mail@cibiklaw.com

MICHAEL A. CIBIK
    on behalf of Debtor Anthony J. Costanzo mail@cibiklaw.com

MICHAEL I. ASSAD
    on behalf of Joint Debtor Kimberly A. Katchen-Costanzo mail@cibiklaw.com

MICHAEL I. ASSAD
    on behalf of Debtor Anthony J. Costanzo mail@cibiklaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For
    VRMTG Asset Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 20-13982-amc |
| | : | |
| Anthony J. Costanzo, | : | Chapter 13 |
| Kimberly A. Katchen-Costanzo, | : | |
| | : | |
| Debtors. | : | Related to ECF No. 107 |

### Order Granting Debtor's Motion to Modify Chapter 13 Plan

**AND NOW**, after consideration of the Debtor's Motion to Modify Chapter 13 Plan, and after notice and a hearing, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that the Modified Plan filed as ECF No. 107-1 is **APPROVED**.

BY THE COURT:

**Date: April 6, 2022**

_____
Ashely M. Chan
*U.S. Bankruptcy Judge*