| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-13982-AMC

Anthony J. Costanzo
Kimberly A. Katchen-Costanzo
532 S. Taney Street.
Philadelphia  PA    19146

Petition Filed Date: 10/05/2020
341 Hearing Date: 11/13/2020
Confirmation Date: 03/17/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/19/2021 | $1,862.00 | | 09/07/2021 | $1,862.00 | | 10/01/2021 | $1,862.00 | |
| 11/03/2021 | $1,862.00 | | 12/06/2021 | $1,862.00 | | 01/18/2022 | $1,862.00 | |
| 02/25/2022 | $1,862.00 | | 04/04/2022 | $2,085.00 | | 04/28/2022 | $2,085.00 | |
| 05/31/2022 | $2,085.00 | | 06/29/2022 | $2,085.00 | | 08/03/2022 | $2,085.00 | |

**Total Receipts for the Period:  $23,459.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $35,503.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»»  001 | Unsecured Creditors | $4,586.47 | $0.00 | $4,586.47 |
| 2 | LVNV FUNDING LLC<br>»»  002 | Unsecured Creditors | $698.33 | $0.00 | $698.33 |
| 3 | LVNV FUNDING LLC<br>»»  003 | Unsecured Creditors | $1,819.73 | $0.00 | $1,819.73 |
| 4 | LVNV FUNDING LLC<br>»»  004 | Unsecured Creditors | $1,057.39 | $0.00 | $1,057.39 |
| 5 | LVNV FUNDING LLC<br>»»  005 | Unsecured Creditors | $1,496.15 | $0.00 | $1,496.15 |
| 6 | LVNV FUNDING LLC<br>»»  006 | Unsecured Creditors | $9,603.56 | $0.00 | $9,603.56 |
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>»»  007 | Unsecured Creditors | $2,407.51 | $0.00 | $2,407.51 |
| 8 | AMERICAN EXPRESS NATIONAL BANK<br>»»  008 | Unsecured Creditors | $1,767.14 | $0.00 | $1,767.14 |
| 9 | MIDLAND CREDIT MANAGEMENT INC<br>»»  009 | Unsecured Creditors | $1,266.44 | $0.00 | $1,266.44 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  010 | Unsecured Creditors | $7,101.37 | $0.00 | $7,101.37 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  011 | Unsecured Creditors | $8,907.25 | $0.00 | $8,907.25 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  012 | Unsecured Creditors | $5,999.14 | $0.00 | $5,999.14 |
| 13 | MERRICK BANK<br>»»  013 | Unsecured Creditors | $4,118.62 | $0.00 | $4,118.62 |
| 14 | MERRICK BANK<br>»»  014 | Unsecured Creditors | $2,908.84 | $0.00 | $2,908.84 |
| 15 | BANK OF AMERICA NA<br>»»  015 | Unsecured Creditors | $5,246.92 | $0.00 | $5,246.92 |

| # | Creditor | Type | Amount | Paid | Balance |
|---|---|---|---|---|---|
| 16 | BANK OF AMERICA NA »» 016 | Unsecured Creditors | $2,879.44 | $0.00 | $2,879.44 |
| 17 | BANK OF AMERICA NA »» 017 | Unsecured Creditors | $1,188.07 | $0.00 | $1,188.07 |
| 18 | FAY SERVICING LLC »» 018 | Mortgage Arrears | $130,533.27 | $22,698.14 | $107,835.13 |
| 19 | DISCOVER BANK »» 019 | Unsecured Creditors | $1,631.43 | $0.00 | $1,631.43 |
| 20 | BANK OF AMERICA NA »» 020 | Unsecured Creditors | $3,932.25 | $0.00 | $3,932.25 |
| 21 | LVNV FUNDING LLC »» 021 | Unsecured Creditors | $2,769.92 | $0.00 | $2,769.92 |
| 22 | DEPARTMENT STORE NATIONAL BANK »» 022 | Unsecured Creditors | $4,063.64 | $0.00 | $4,063.64 |
| 23 | BANK OF AMERICA NA »» 023 | Unsecured Creditors | $1,428.60 | $0.00 | $1,428.60 |
| 24 | JEFFERSON CAPITAL SYSTEMS LLC »» 024 | Unsecured Creditors | $433.09 | $0.00 | $433.09 |
| 25 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 025 | Unsecured Creditors | $13,644.45 | $0.00 | $13,644.45 |
| 26 | ATLAS ACQUISITIONS LLC »» 026 | Unsecured Creditors | $723.36 | $0.00 | $723.36 |
| 27 | ATLAS ACQUISITIONS LLC »» 027 | Unsecured Creditors | $608.51 | $0.00 | $608.51 |
| 28 | CACH, LLC »» 028 | Unsecured Creditors | $15,029.26 | $0.00 | $15,029.26 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES »» 029 | Unsecured Creditors | $647.03 | $0.00 | $647.03 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES »» 030 | Unsecured Creditors | $2,003.86 | $0.00 | $2,003.86 |
| 31 | CACH, LLC »» 031 | Unsecured Creditors | $14,310.18 | $0.00 | $14,310.18 |
| 32 | PORTFOLIO RECOVERY ASSOCIATES »» 032 | Unsecured Creditors | $1,634.57 | $0.00 | $1,634.57 |
| 33 | PORTFOLIO RECOVERY ASSOCIATES »» 033 | Unsecured Creditors | $58.46 | $0.00 | $58.46 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES »» 034 | Unsecured Creditors | $3,107.83 | $0.00 | $3,107.83 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES »» 035 | Unsecured Creditors | $3,017.74 | $0.00 | $3,017.74 |
| 36 | CITY OF PHILADELPHIA (LD) »» 036 | Secured Creditors | $113.73 | $15.27 | $98.46 |
| 37 | CITY OF PHILADELPHIA (LD) »» 037 | Unsecured Creditors | $13,879.81 | $0.00 | $13,879.81 |
| 0 | CIBIK LAW, PC | Attorney Fees | $6,500.00 | $6,500.00 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $700.00 | $0.00 | $700.00 |
| 38 | FAY SERVICING LLC »» 039 | Secured Creditors | $12,926.36 | $872.61 | $12,053.75 |

**Chapter 13 Case No. 20-13982-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $35,503.00 | Current Monthly Payment: | $2,085.00 |
| Paid to Claims: | $30,086.02 | Arrearages: | $2,085.00 |
| Paid to Trustee: | $2,794.28 | Total Plan Base: | $166,858.00 |
| Funds on Hand: | $2,622.70 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.