**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :        CHAPTER 13
Anthony J. Costanzo
Kimberly A. Katchen-Costanzo

    DEBTOR                         :        BKY. NO.  20-13982AMC13


**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cibik, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Supplemental Application and Supplemental Application to Approve Counsel Fees.

                Respectfully Submitted,

Date:  September 27, 2022        /s/ Michael A. Cibik
                                          MICHAEL A. CIBIK, ESQUIRE
                                          CIBIK LAW, P.C.
                                          1500 WALNUT STREET, STE. 900
                                          PHILADELPHIA, PA  19102
                                          (215) 735-1060