**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   Anthony J. Costanzo
         Kimberly A. Katchen-Costanzo :   Chapter 13

DEBTOR   :   Bankruptcy No. 20-13982AMC13

**ORDER**

AND NOW, this _____ day of _____, 20___ upon consideration of Debtor's Counsel's Application to Approve Supplemental Compensation.

It is **ORDERED** that the Application is GRANTED and that supplemental compensation of **$700.00** is **ALLOWED** to Cibik Law, P.C.  The Chapter 13 Trustee may pay the allowed amount as an administrative expense to the extend provided in the confirmed plan.

By the Court:

**Date: September 28, 2022**

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Judge