Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-13982-AMC**

Anthony J. Costanzo  
Kimberly A. Katchen-Costanzo  
532 S. Taney Street.  
Philadelphia  PA     19146

Petition Filed Date: 10/05/2020  
341 Hearing Date: 11/13/2020  
Confirmation Date: 03/17/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2022 | $2,085.00 | | 09/06/2022 | $2,085.00 | | 10/05/2022 | $2,085.00 | |
| 11/01/2022 | $2,085.00 | | 11/30/2022 | $2,085.00 | | 01/11/2023 | $2,085.00 | |
| 02/08/2023 | $2,085.00 | | 03/20/2023 | $2,085.00 | | 04/14/2023 | $2,085.00 | |
| 05/15/2023 | $2,085.00 | | 06/14/2023 | $2,085.00 | | 07/24/2023 | $2,085.00 | |

**Total Receipts for the Period: $25,020.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $58,438.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $4,586.47 | $0.00 | $4,586.47 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $698.33 | $0.00 | $698.33 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $1,819.73 | $0.00 | $1,819.73 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $1,057.39 | $0.00 | $1,057.39 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $1,496.15 | $0.00 | $1,496.15 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $9,603.56 | $0.00 | $9,603.56 |
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>»» 007 | Unsecured Creditors | $2,407.51 | $0.00 | $2,407.51 |
| 8 | AMERICAN EXPRESS NATIONAL BANK<br>»» 008 | Unsecured Creditors | $1,767.14 | $0.00 | $1,767.14 |
| 9 | MIDLAND CREDIT MANAGEMENT INC<br>»» 009 | Unsecured Creditors | $1,266.44 | $0.00 | $1,266.44 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 010 | Unsecured Creditors | $7,101.37 | $0.00 | $7,101.37 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 011 | Unsecured Creditors | $8,907.25 | $0.00 | $8,907.25 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 012 | Unsecured Creditors | $5,999.14 | $0.00 | $5,999.14 |
| 13 | MERRICK BANK<br>»» 013 | Unsecured Creditors | $4,118.62 | $0.00 | $4,118.62 |
| 14 | MERRICK BANK<br>»» 014 | Unsecured Creditors | $2,908.84 | $0.00 | $2,908.84 |
| 15 | BANK OF AMERICA NA<br>»» 015 | Unsecured Creditors | $5,246.92 | $0.00 | $5,246.92 |

| # | Creditor | Type | Amount | Paid | Balance |
|---|---|---|---|---|---|
| 16 | BANK OF AMERICA NA »» 016 | Unsecured Creditors | $2,879.44 | $0.00 | $2,879.44 |
| 17 | BANK OF AMERICA NA »» 017 | Unsecured Creditors | $1,188.07 | $0.00 | $1,188.07 |
| 18 | FAY SERVICING LLC »» 018 | Mortgage Arrears | $130,533.27 | $41,605.81 | $88,927.46 |
| 19 | DISCOVER BANK »» 019 | Unsecured Creditors | $1,631.43 | $0.00 | $1,631.43 |
| 20 | BANK OF AMERICA NA »» 020 | Unsecured Creditors | $3,932.25 | $0.00 | $3,932.25 |
| 21 | LVNV FUNDING LLC »» 021 | Unsecured Creditors | $2,769.92 | $0.00 | $2,769.92 |
| 22 | DEPARTMENT STORE NATIONAL BANK »» 022 | Unsecured Creditors | $4,063.64 | $0.00 | $4,063.64 |
| 23 | BANK OF AMERICA NA »» 023 | Unsecured Creditors | $1,428.60 | $0.00 | $1,428.60 |
| 24 | JEFFERSON CAPITAL SYSTEMS LLC »» 024 | Unsecured Creditors | $433.09 | $0.00 | $433.09 |
| 25 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 025 | Unsecured Creditors | $13,644.45 | $0.00 | $13,644.45 |
| 26 | ATLAS ACQUISITIONS LLC »» 026 | Unsecured Creditors | $723.36 | $0.00 | $723.36 |
| 27 | ATLAS ACQUISITIONS LLC »» 027 | Unsecured Creditors | $608.51 | $0.00 | $608.51 |
| 28 | CACH, LLC »» 028 | Unsecured Creditors | $15,029.26 | $0.00 | $15,029.26 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES »» 029 | Unsecured Creditors | $647.03 | $0.00 | $647.03 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES »» 030 | Unsecured Creditors | $2,003.86 | $0.00 | $2,003.86 |
| 31 | CACH, LLC »» 031 | Unsecured Creditors | $14,310.18 | $0.00 | $14,310.18 |
| 32 | PORTFOLIO RECOVERY ASSOCIATES »» 032 | Unsecured Creditors | $1,634.57 | $0.00 | $1,634.57 |
| 33 | PORTFOLIO RECOVERY ASSOCIATES »» 033 | Unsecured Creditors | $58.46 | $0.00 | $58.46 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES »» 034 | Unsecured Creditors | $3,107.83 | $0.00 | $3,107.83 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES »» 035 | Unsecured Creditors | $3,017.74 | $0.00 | $3,017.74 |
| 36 | CITY OF PHILADELPHIA (LD) »» 036 | Secured Creditors | $113.73 | $30.27 | $83.46 |
| 37 | CITY OF PHILADELPHIA (LD) »» 037 | Unsecured Creditors | $13,879.81 | $0.00 | $13,879.81 |
| 0 | CIBIK LAW, PC | Attorney Fees | $6,500.00 | $6,500.00 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $700.00 | $700.00 | $0.00 |
| 38 | FAY SERVICING LLC »» 039 | Secured Creditors | $12,926.36 | $2,986.12 | $9,940.24 |

**Chapter 13 Case No. 20-13982-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $58,438.00 | Current Monthly Payment: | $2,085.00 |
| Paid to Claims: | $51,822.20 | Arrearages: | $4,170.00 |
| Paid to Trustee: | $4,712.48 | Total Plan Base: | $166,858.00 |
| Funds on Hand: | $1,903.32 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.