**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Anthony J. Costanzo<br>Kimberly A. Katchen-Costanzo aka Kimberly A. Katchen<br>　　　　　　Debtors<br><br>US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>　　　　　　Moving Party<br>　　vs.<br><br>Anthony J. Costanzo<br>Kimberly A. Katchen-Costanzo aka Kimberly A. Katchen<br>　　　　　　Debtors<br><br>and Scott F. Waterman<br>　　　　　　Trustee | Chapter 13<br><br><br>NO. 20-13982 AMC<br><br><br><br>11 U.S.C. Section 362 |

**CERTIFICATION OF DEFAULT**

I, Mark A. Cronin, Esquire, attorney for Moving Party, certify that Debtors have defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated October 18, 2023, was served upon the Debtors and Debtors' Attorney on said date. Subsequent to said notice, the Debtors have failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

December 4, 2023

　　　　　　　　　　　　　　　　　　　　　/s/ Mark A. Cronin
　　　　　　　　　　　　　　　　　　　　　Mark A. Cronin, Esq.
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　Phone: (215) 627-1322
　　　　　　　　　　　　　　　　　　　　　mcronin@kmllawgroup.com