**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Anthony J. Costanzo<br>Kimberly A. Katchen-Costanzo aka Kimberly A. Katchen<br><div align="center">Debtors</div><br><br>US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br><div align="center">Moving Party</div><br><div align="center">vs.</div><br><br>Anthony J. Costanzo<br>Kimberly A. Katchen-Costanzo aka Kimberly A. Katchen<br><div align="center">Debtors</div><br><br>Scott F. Waterman<br><div align="center">Trustee</div> | CHAPTER 13<br><br><br><br>NO. 20-13982 AMC<br><br><br><br><br>11 U.S.C. Section 362 |

**CERTIFICATE OF SERVICE**

      I, the undersigned, certify that I served or caused to be served, on **December 4, 2023**, a copy of the Certification of Default, and proposed Order of Court, filed herewith upon each of the following persons and parties in interest at the addresses shown below:

| | |
|---|---|
| Scott F. Waterman<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave., Suite 100<br>Reading, PA 19606<br>VIA ECF<br><br>Anthony J. Costanzo<br>532 S. Taney Street<br>Philadelphia, PA 19146<br><br>Kimberly A. Katchen-Costanzo aka Kimberly A. Katchen<br>532 S. Taney Street<br>Philadelphia, PA 19146 | Michael I. Assad<br>Cibik Law, P.C.<br>1500 Walnut St, Ste 900<br>Philadelphia, PA 19102<br><br>Michael A. Cibik<br>Cibik Law, P.C.<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102 |

Method of Service:    Mail <u>first class</u>; Specify if other:

Date: <u>December 4, 2023</u>

                                                   /s/ Mark A. Cronin
                                                   Mark A. Cronin, Esq.
                                                   KML Law Group, P.C.
                                                   BNY Mellon Independence Center
                                                   701 Market Street, Suite 5000
                                                   Philadelphia, PA  19106
                                                   Phone: (215) 627-1322
                                                   mcronin@kmllawgroup.com