UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
|
    Anthony J. Costanzo |
    Kimberly A. Katchen-Costanzo | Bankruptcy No. 20-13982-AMC
|
    Debtors |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 7th day of February, 2024 by first class mail upon those listed below:

Anthony J. Costanzo                                       Kimberly A. Katchen-Costanzo
532 S. Taney Street.                                        532 S. Taney St.
Philadelphia, PA  19146                               Philadelphia, PA  19146

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC

George M. Conway, Esq.
Office of the United States Trustee

 

                                     */s/ Kristen Gliem*
                                     Kristen Gliem
                                     for
                                     Scott F. Waterman, Esq.
                                     Standing Chapter 13 Trustee