United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13982-amc |
| Anthony J. Costanzo | Chapter 13 |
| Kimberly A. Katchen-Costanzo | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Mar 14, 2024 | Form ID: pdf900 | Total Noticed: 99 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony J. Costanzo, Kimberly A. Katchen-Costanzo, 532 S. Taney Street., Philadelphia, PA 19146-1045 |
| 14547559 | + | BB&B/CBSD, PO Box 20363, Attn: Centralized Bankruptcy, Kansas City, MO 64195-0363 |
| 14547557 | + | Barneys Ny, Po Box 326, Lyndhurst, NJ 07071-0326 |
| 14547558 | + | Barry Rosen, Esq., 135 Raintree Crossing, Hatfield, PA 19440-3086 |
| 14547565 | + | Carrie A. Gerding, Esq., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14547570 | + | Citibank, Citicorp/Centralized Bankruptcy, PO Box 790334, St Louis, MO 63179-0334 |
| 14550438 | + | Fay Servicing, LLC, CO Joshua I. Goldman, Esq., Padgett Law Group, 6267 Old Water Oak Rd., Ste. 203, Tallahassee, FL 32312-3858 |
| 14547586 | + | Gregg Morris, Esquire, 213 E. Main Street, Carnegie, PA 15106-2701 |
| 14547591 | + | LVNV Funding LLC, 6801 S. Cimarron Road, Suite 424-J, Las Vegas, NV 89113-2273 |
| 14547595 | + | Michael Ratchford, Esquire, 54 GLENMAURA NATIONAL BLVD, Suite 104, Moosic, PA 18507-2161 |
| 14548392 | + | Midland Funding,LLC assignee of Citibank, Law Offices of Hayt, Hayt & Landau, LLC, 123 South Broad Street- Suite 1660, Philadelphia, PA 19109-1003 |
| 14547599 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14547602 | + | Phelan, Halinan, Diamond & Jones, Suite 1400, 1617 JFK Boulevard, Philadelphia, PA 19103-1814 |
| 14547604 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14548393 | + | ROBERT BAROSKA, Law Offices of Hayt, Hayt & Landau, LLC, 123 South Broad Street - Suite 1660, Philadelphia, PA 19109-1003 |
| 14625899 | + | US Bank Trust National Association, Not In Its Ind, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia PA 19106-1541 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 15 2024 00:13:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2024 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | Mar 15 2024 00:09:51 | US Bank Trust National Association, Not In Its Ind, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14565082 | | Email/Text: bnc@atlasacq.com | Mar 15 2024 00:12:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14559490 | | Email/Text: bnc@atlasacq.com | Mar 15 2024 00:12:00 | Atlas Acquisitions LLC, Attn: Avi Schild, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14549247 | | Email/PDF: bncnotices@becket-lee.com | Mar 15 2024 00:28:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14547549 | + | Email/PDF: bncnotices@becket-lee.com | Mar 15 2024 00:28:00 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |

Case 20-13982-amc   Doc 132   Filed 03/16/24   Entered 03/17/24 00:31:49   Desc
Imaged Certificate of Notice   Page 2 of 7

| District/off: 0313-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: pdf900 | Total Noticed: 99 |

| | | | | |
|---|---|---|---|---|
| 14547550 | + | Email/PDF: bncnotices@becket-lee.com | Mar 15 2024 00:27:53 | Amex/Bankruptcy, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14547552 | + | Email/Text: bnc-applied@quantum3group.com | Mar 15 2024 00:13:00 | Applied Bnk, 4700 Exchange Court, Boca Raton, FL 33431-4450 |
| 14547551 | + | Email/Text: bnc-applied@quantum3group.com | Mar 15 2024 00:13:00 | Applied Bnk, Attn: Bankruptcy, PO Box 17125, Wilmington, DE 19850-7125 |
| 14547561 | | Email/Text: BNBSB@capitalsvcs.com | Mar 15 2024 00:12:00 | Bryant State Bank, Attn: Bankruptcy, PO Box 215, Bryant, SD 57221 |
| 14547554 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 15 2024 00:12:00 | Bank Of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 14547553 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 15 2024 00:12:00 | Bank Of America, 4909 Savarese Circle, FL1-908-01-50, Tampa, FL 33634-2413 |
| 14553004 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 15 2024 00:13:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14547555 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 15 2024 00:13:00 | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 14548663 | | Email/Text: BarclaysBankDelaware@tsico.com | Mar 15 2024 00:13:00 | Barclays Bank Delaware, 125 E. West St., Wilm., DE 19801 |
| 14547560 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2024 00:28:31 | Brksb/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14565635 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2024 00:27:07 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14570091 | | Email/Text: megan.harper@phila.gov | Mar 15 2024 00:13:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14547572 | | Email/Text: megan.harper@phila.gov | Mar 15 2024 00:13:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14548666 | | Email/Text: megan.harper@phila.gov | Mar 15 2024 00:13:00 | City of Phila., Bky Unit, 1515 Arch St.,15th fl., Phila., PA 19102 |
| 14548665 | | Email/Text: megan.harper@phila.gov | Mar 15 2024 00:13:00 | City of Phila., Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd., Rm. 580, Phila., PA 19102 |
| 14547573 | | Email/Text: megan.harper@phila.gov | Mar 15 2024 00:13:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14584941 | | Email/Text: megan.harper@phila.gov | Mar 15 2024 00:13:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14547562 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2024 00:27:02 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14547563 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2024 00:16:08 | Capital One / Saks F, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14547564 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2024 00:15:42 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy Dept, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14547567 | + | Email/Text: ecf@ccpclaw.com | Mar 15 2024 00:12:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14547569 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2024 00:27:18 | Citibank, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14547571 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2024 00:28:14 | Citibank/Sunoco, Attn: Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14547574 | + | Email/Text: bankruptcy@philapark.org | | |

Case 20-13982-amc   Doc 132   Filed 03/16/24   Entered 03/17/24 00:31:49   Desc
Imaged Certificate of Notice   Page 3 of 7

| District/off: 0313-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: pdf900 | Total Noticed: 99 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 15 2024 00:13:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14547575 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 15 2024 00:13:00 | Comenitycb/Barneys, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14547576 | | Email/Text: mrdiscen@discover.com | Mar 15 2024 00:12:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 14547577 | | Email/Text: mrdiscen@discover.com | Mar 15 2024 00:12:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 14548668 | | Email/Text: mrdiscen@discover.com | Mar 15 2024 00:12:00 | Discover Financial, Attn: Bky Dept., PO Box 15316, Wilm., DE 19850 |
| 14547578 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2024 00:27:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14557047 | | Email/Text: bnc-quantum@quantum3group.com | Mar 15 2024 00:13:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14553758 | | Email/Text: mrdiscen@discover.com | Mar 15 2024 00:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 14547579 | | Email/Text: bankruptcycourts@equifax.com | Mar 15 2024 00:13:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14547580 | ^ | MEBN | Mar 15 2024 00:09:41 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14547581 | | Email/Text: ECF@fayservicing.com | Mar 15 2024 00:12:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, PO Box 809441, Chicago, IL 60680 |
| 14547582 | | Email/Text: BNSFN@capitalsvcs.com | Mar 15 2024 00:12:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117 |
| 14547584 | | Email/Text: BNBLAZE@capitalsvcs.com | Mar 15 2024 00:12:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117 |
| 14548670 | | Email/Text: BNBLAZE@capitalsvcs.com | Mar 15 2024 00:12:00 | First Savings Bank/Blaze, Attn: Bky, PO Box 5096, Sioux Falls, SD 57117 |
| 14547583 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 15 2024 00:16:42 | First PREMIER Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14547585 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 15 2024 00:13:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14547587 | + | Email/PDF: cbp@omf.com | Mar 15 2024 00:15:43 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14547588 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 15 2024 00:13:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14561504 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 15 2024 00:13:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14547566 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 15 2024 00:15:41 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14548664 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 15 2024 00:27:43 | Chase Card Srvs, Attn: Bankruptcy, PO Box 15298, Wilm., DE 19850 |
| 14547589 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 15 2024 00:13:00 | Jefferson Capital Systems, LLC, PO Box 1999, Saint Cloud, MN 56302 |
| 14547590 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 15 2024 00:12:00 | Kohls/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14549028 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2024 00:27:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14547592 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2024 00:27:58 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14552380 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 15 2024 00:16:40 | 29603-0497<br>MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14547593 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 15 2024 00:16:39 | Merrick Bank/CardWorks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14547594 | + | Email/Text: PHILAW@weltman.com | Mar 15 2024 00:13:00 | Michael Dougherty, Esq., 170 S, Independence Mall West, Suite 874 West, Philadelphia, PA 19106-3323 |
| 14549506 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 15 2024 00:13:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14547596 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 15 2024 00:13:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14550709 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 15 2024 00:13:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14547598 | + | Email/PDF: cbp@omf.com | Mar 15 2024 00:16:08 | OneMain Financial, Attn: Bankruptcy, 601 NW 2nd St #300, Evansville, IN 47708-1013 |
| 14547601 | ^ | MEBN | Mar 15 2024 00:10:04 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14547605 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2024 00:27:14 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14548671 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2024 00:16:12 | Portfolio Recovery, Attn: Bky., 120 Corporate Blvd., Norfold, VA 23502 |
| 14547606 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2024 00:27:42 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd., Norfolk, VA 23502 |
| 14566876 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2024 00:28:32 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14547597 | | Email/Text: signed.order@pfwattorneys.com | Mar 15 2024 00:12:00 | Midland Funding, LLC, 7 Entin Road, Parsippany, NJ 07054 |
| 14547600 | | Email/Text: bankruptcygroup@peco-energy.com | Mar 15 2024 00:13:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14547603 | + | Email/Text: bankruptcy@philapark.org | Mar 15 2024 00:13:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14548672 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2024 00:27:04 | Portfolio Recovery Assocs LLC, 140 Corporate Rd., Norfolk, VA 23502-4952 |
| 14547607 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2024 00:16:42 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14547608 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 15 2024 00:28:34 | Syncb/ Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14547609 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 15 2024 00:28:34 | Synchrony Bank/CareCredit, Attn: Bankruptcy, PO Box 960061, Orlando, FL 32896-0061 |
| 14547612 | | Email/Text: DASPUBREC@transunion.com | Mar 15 2024 00:12:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14547610 | + | Email/Text: bnc-thebureaus@quantum3group.com | Mar 15 2024 00:13:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14547611 | + | Email/Text: famc-bk@1stassociates.com | Mar 15 2024 00:13:00 | Total Visa/Bank of Missouri, Attn: Bankruptcy, PO Box 85710, Sioux Falls, SD 57118-5710 |
| 14547613 | | Email/Text: bankruptcy@unifund.com | Mar 15 2024 00:13:00 | Unifund Ccr Llc, Attn: Bankruptcy Department, 10625 Techwood Cir., Cincinnati, OH 45242 |
| 14553225 | ^ | MEBN | Mar 15 2024 00:09:46 | US Bank National Association, Fay Servicing, |

| District/off: 0313-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: pdf900 | Total Noticed: 99 |

| | | | | |
|---|---|---|---|---|
| 14664536 | ^ | MEBN | Mar 15 2024 00:09:48 | LLC, PO Box 814609, Dallas, TX 75381-4609<br>US Bank Trust National Association,, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14547614 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 15 2024 00:28:32 | Wells Fargo Bank, MAC F823F-02F, PO Box 10438, Des Moines, IA 50306-0438 |
| 14547615 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 15 2024 00:28:33 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A, Des Moines, IA 50328-0001 |
| 14547556 | | Email/Text: BarclaysBankDelaware@tsico.com | Mar 15 2024 00:13:00 | barclays bank delaware, 125 e. west street, wilmingtone de 19801 |

TOTAL: 83

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14549248 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14547568 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14548667 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, 6500 New Albany Rd., New Albany, OH 43054 |
| 14548391 | *+ | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Mar 16, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSHUA I. GOLDMAN | on behalf of Creditor FAY SERVICING LLC Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor U.S. Bank National Association not individually but solely as Trustee for BlueWater Investment Trust 2017-1 Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| MARK A. CRONIN | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com |
| MICHAEL A. CIBIK | on behalf of Debtor Anthony J. Costanzo help@cibiklaw.com |

| District/off: 0313-2 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: pdf900 | Total Noticed: 99 |

    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
    on behalf of Joint Debtor Kimberly A. Katchen-Costanzo help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
    on behalf of Debtor Anthony J. Costanzo help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
    on behalf of Joint Debtor Kimberly A. Katchen-Costanzo help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Anthony J. Costanzo | |
| Kimberly A. Katchen-Costanzo | Bankruptcy No. 20-13982-AMC |
| Debtors | |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: March 14, 2024**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE